## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDYWINE VILLAGE ASSOCIATES, LP,** *et al.* | **:** | **CIVIL ACTION** |
| | **:** | |
| | **:** | |
| **v.** | **:** | **NO.  20-2225** |
| | **:** | |
| **EAST BRANDYWINE TOWNSHIP,** *et al.* | **:** | |
| | **:** | |

## ORDER

**AND NOW**, this 14th day of September 2020, upon considering the Defendants' Motion to dismiss (ECF Doc. No. 12), Plaintiffs' Response (ECF Doc. No. 13), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.      Defendants' Motion to dismiss (ECF Doc. No. 12) is **GRANTED**; and,

2.      The amended Complaint is dismissed without prejudice and with leave to file a second amended Complaint, if possible under Federal Rules 8 and 11, pleading facts plausibly inferring claims within our subject matter jurisdiction no later than **September 28, 2020**, or we will close this case.

_____
**KEARNEY, J.**